UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: § Case No. 12-31514-HCM
§
RAUL HERRERA, JR. §
LULU LOREN OKEEFE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald E. Ingalls, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $37,759.00 | Assets Exempt: | $157,562.00 |
| Total Distributions to Claimants: | $576.91 | Claims Discharged Without Payment: | $43,064.00 |
| Total Expenses of Administration: | $44,562.76 | | |

3) Total gross receipts of $75,600.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $30,460.33 (see **Exhibit 2),** yielded net receipts of $45,139.67 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $41,340.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $44,562.76 | $44,562.76 | $44,562.76 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $43,684.00 | $570.00 | $570.00 | $576.91 |
| **Total Disbursements** | $85,024.00 | $45,132.76 | $45,132.76 | $45,139.67 |

4). This case was originally filed under chapter 7 on 08/13/2012. The case was pending for 81 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2019     By: /s/ Ronald E. Ingalls
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| PI clm - pelvic mesh | 1242-000 | $75,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$75,600.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Lulu Loren O'Keefe | Surplus Funds | 8200-002 | $30,460.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,460.33** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Evolve Federal Cu | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Firstlight Federal Cu | 4210-000 | $11,537.00 | $0.00 | $0.00 | $0.00 |
| | Security Service-ins | 4210-000 | $20,682.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Hm Mortgag | 4110-000 | $9,121.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$41,340.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald Ingalls, Trustee | 2100-000 | NA | $5,263.98 | $5,263.98 | $5,263.98 |
| Ronald Ingalls, Trustee | 2200-000 | NA | $894.74 | $894.74 | $894.74 |
| 5% MDL fees - allowed per odr 10/02/18 dkt 25 | 2700-000 | NA | $3,780.00 | $3,780.00 | $3,780.00 |
| US Bankruptcy Clerk - El Paso | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Lien amount - allowed | 2990-000 | NA | $1,516.97 | $1,516.97 | $1,516.97 |

| | | | | | |
|---|---|---|---|---|---|
| per odr 10/02/18 dkt 25 | | | | | |
| Lien resolution fee - allowed per odr 10/02/18 dkt 25 | 2990-000 | NA | $400.00 | $400.00 | $400.00 |
| Settlement Counsel Fees - allowed per odr 10/02/18 dkt 25 | 2990-000 | NA | $2,646.00 | $2,646.00 | $2,646.00 |
| Kabateck Brown Kellner LLP - fees & exp allowed per odr 10/02/18 dkt 25, Special Counsel for Trustee | 3210-600 | NA | $13,797.00 | $13,797.00 | $13,797.00 |
| Milstein Adelman Jackson Fairchild & Wade LLP - fees & exp allowed per odr 10/02/18 dkt 25, Special Counsel for Trustee | 3210-600 | NA | $13,797.00 | $13,797.00 | $13,797.00 |
| Kabateck Brown Kellner LLP - fees & exp allowed per odr 10/02/18 dkt 25, Special Counsel for Trustee | 3220-610 | NA | $298.27 | $298.27 | $298.27 |
| Milstein Adelman Jackson Fairchild & Wade LLP - fees & exp allowed per odr 10/02/18 dkt 25, Special Counsel for Trustee | 3220-610 | NA | $1,373.30 | $1,373.30 | $1,373.30 |
| fees & exp allowed per odr d 01/08/19 dkt 28, Accountant for Trustee | 3410-000 | NA | $510.00 | $510.00 | $510.00 |
| fees & exp allowed per odr d 01/08/19 dkt 28, Accountant for Trustee | 3420-000 | NA | $25.50 | $25.50 | $25.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $44,562.76 | $44,562.76 | $44,562.76 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Del Sol Medical Center | 7100-000 | $620.00 | $570.00 | $570.00 | $570.00 |
| | Del Sol Medical Center | 7990-000 | $0.00 | $0.00 | $0.00 | $6.91 |
| | Accel Recv M | 7100-000 | $468.00 | $0.00 | $0.00 | $0.00 |
| | Amazon | 7100-000 | $240.00 | $0.00 | $0.00 | $0.00 |
| | Ascap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bealls | 7100-000 | $195.00 | $0.00 | $0.00 | $0.00 |
| | BMI | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| | Caltv Home Store | 7100-000 | $48.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $7,301.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $3,054.00 | $0.00 | $0.00 | $0.00 |
| | City of El Paso Tax Assessor Collector | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Gecrb/amazon | 7100-000 | $260.00 | $0.00 | $0.00 | $0.00 |
| | Gecrb/ashley Furniture | 7100-000 | $9,857.00 | $0.00 | $0.00 | $0.00 |
| | Lowes / MBGA / GEMB | 7100-000 | $1,273.00 | $0.00 | $0.00 | $0.00 |
| | Paramount Financial Services | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| | Timepayment Corp Llc | 7100-000 | $4,768.00 | $0.00 | $0.00 | $0.00 |
| | U.S. Attorney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Vivint | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $43,684.00 | $570.00 | $570.00 | $576.91 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 12-31514-HCM | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | HERRERA, JR., RAUL AND OKEEFE, LULU LOREN | Date Filed (f) or Converted (c): | 08/13/2012 (f) |
| For the Period Ending: | 5/14/2019 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 07/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2240 Robert Wynn El Paso, TX 79936 | $99,965.00 | $0.00 | | $0.00 | FA |
| 2 | Bank accounts | $2,000.00 | $0.00 | | $0.00 | FA |
| 3 | Household | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | Wearing apparel | $300.00 | $0.00 | | $0.00 | FA |
| 5 | Jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 6 | IRA | $378.00 | $0.00 | | $0.00 | FA |
| 7 | Allianz life insurance | $59,000.00 | $0.00 | | $0.00 | FA |
| 8 | Horizon Bar & Grill, LLC | $1.00 | $0.00 | | $0.00 | FA |
| 9 | 2007 Ford Sport Trak | $14,737.00 | $0.00 | | $0.00 | FA |
| 10 | 2008 Ford F-150 | $15,100.00 | $0.00 | | $0.00 | FA |
| 11 | 1975 Chevrolet Van | $1,340.00 | $0.00 | | $0.00 | FA |
| 12 | PI clm - pelvic mesh (u) | $0.00 | $75,600.00 | | $75,600.00 | FA |

**Asset Notes:** Odr allow sttlmnt d 10/02/18 dkt 25

**TOTALS (Excluding unknown value)**

| | $195,321.00 | $75,600.00 | | $75,600.00 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 04/02/2019 | Odr Pay TFR |
|---|---|
| 03/05/2019 | TFR Filed at Court |
| 02/13/2019 | rec'd 505b resp from IRS 2018 rtns accepted |
| 02/07/2019 | TFR to UST |
| 02/06/2019 | TFR to REI for review |
| 01/08/2019 | Odr pay Mosley |
| 12/15/2018 | mailed estate income tax returns |
| 12/11/2018 | Mosley fwd rtn and filed fee app |
| 11/30/2018 | sent info to Mosley for final rtn |
| 10/02/2018 | Odr 9019 setttlement |
| 09/05/2018 | 9019 motion filed |

| Case No.: | 12-31514-HCM | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|
| Case Name: | HERRERA, JR., RAUL AND OKEEFE, LULU LOREN | | Date Filed (f) or Converted (c): | 08/13/2012 (f) |
| For the Period Ending: | 5/14/2019 | | §341(a) Meeting Date: | |
| | | | Claims Bar Date: | 07/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 06/14/2018 | again requested approval of 9019 motion and order from PI counsel |
| 04/06/2018 | 2011 rtn rec'd - owed $5,643 |
| 03/30/2018 | email OKeefe for copy of 2011 rtn again |
| 03/02/2018 | REI - emailed Tort Atty for status of lien amts resolution; reply closing stmt to come shortly |
| 08/23/2017 | email to pi attorneys; J Perez no longer with firm; update requested |
| 06/22/2017 | email to special counsel- what is hold up? |
| 04/05/2017 | L. O'keefe to ask why the delay? |
| 04/03/2017 | email to J Perez re: any accounting |
| 01/05/2017 | CLAIMS READY |
| 11/10/2016 | email to J Perez re: order approving employment |
| 11/09/2016 | Odr hire Sp Counsel |
| 10/14/2016 | MTH Sp Counsel |
| 08/01/2016 | Odr hire CPA |
| 07/05/2016 | Mtn hire CPA |

Initial Projected Date Of Final Report (TFR): 12/30/2016  Current Projected Date Of Final Report (TFR): 03/15/2019

/s/ RONALD E. INGALLS
RONALD E. INGALLS

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 12-31514-HCM | **Trustee Name:** | Ronald E. Ingalls |
| **Case Name:** | HERRERA, JR., RAUL AND OKEEFE, LULU LOREN | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***9729 | **Checking Acct #:** | ******1514 |
| **Co-Debtor Taxpayer ID #:** | **-***9730 | **Account Title:** | |
| **For Period Beginning:** | 8/13/2012 | **Blanket bond (per case limit):** | $77,534,000.00 |
| **For Period Ending:** | 5/14/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2018 | | Lokridge Grindal AMS | ck 01050 d 11/27/18 Mesh Settlement allowed per odr 10/02/18 dkt 25 | | * | $37,991.46 | | $37,991.46 |
| | {12} | | | $75,600.00 | 1242-000 | | | $37,991.46 |
| | | | 5% MDL fees - allowed per odr 10/02/18 dkt 25 | $(3,780.00) | 2700-000 | | | $37,991.46 |
| | | | Kabateck Brown Kellner LLP - fees & exp allowed per odr 10/02/18 dkt 25 | $(13,797.00) | 3210-600 | | | $37,991.46 |
| | | | Milstein Adelman Jackson Fairchild & Wade LLP - fees & exp allowed per odr 10/02/18 dkt 25 | $(13,797.00) | 3210-600 | | | $37,991.46 |
| | | | Milstein Adelman Jackson Fairchild & Wade LLP - fees & exp allowed per odr 10/02/18 dkt 25 | $(1,373.30) | 3220-610 | | | $37,991.46 |
| | | | Kabateck Brown Kellner LLP - fees & exp allowed per odr 10/02/18 dkt 25 | $(298.27) | 3220-610 | | | $37,991.46 |
| | | | Settlement Counsel Fees - allowed per odr 10/02/18 dkt 25 | $(2,646.00) | 2990-000 | | | $37,991.46 |
| | | | Lien resolution fee - allowed per odr 10/02/18 dkt 25 | $(400.00) | 2990-000 | | | $37,991.46 |
| | | | Lien amount - allowed per odr 10/02/18 dkt 25 | $(1,516.97) | 2990-000 | | | $37,991.46 |
| 11/30/2018 | 1001 | US Bankruptcy Clerk - El Paso | Re-open case fee deferred per Odr d 032916 dkt 13 | | 2700-000 | | $260.00 | $37,731.46 |
| 01/09/2019 | 1002 | John Mosley | fees & exp allowed per odr d 01/08/19 dkt 28 | | * | | $535.50 | $37,195.96 |
| | | | fees & exp allowed per odr d 01/08/19 dkt 28 | $(510.00) | 3410-000 | | | $37,195.96 |
| | | | fees & exp allowed per odr d 01/08/19 dkt 28 | $(25.50) | 3420-000 | | | $37,195.96 |
| 04/02/2019 | 1003 | Ronald Ingalls | Trustee Compensation | | 2100-000 | | $5,263.98 | $31,931.98 |
| 04/02/2019 | 1004 | Ronald Ingalls | Trustee Expenses | | 2200-000 | | $894.74 | $31,037.24 |
| 04/02/2019 | 1005 | Lulu Loren O'Keefe | Account Number: ; Amount Allowed: 30,460.33; Claim #: 2; | | 8200-002 | | $30,460.33 | $576.91 |
| | | | | | **SUBTOTALS** | $37,991.46 | $67,874.88 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 12-31514-HCM | **Trustee Name:** | Ronald E. Ingalls |
| **Case Name:** | HERRERA, JR., RAUL AND OKEEFE, LULU LOREN | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***9729 | **Checking Acct #:** | ******1514 |
| **Co-Debtor Taxpayer ID #:** | **-***9730 | **Account Title:** | |
| **For Period Beginning:** | 8/13/2012 | **Blanket bond (per case limit):** | $77,534,000.00 |
| **For Period Ending:** | 5/14/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2019 | 1006 | Del Sol Medical Center | Account Number: 9336; Amount Allowed: 570.00; Claim #: 1; | * | | $576.91 | $0.00 |
| | | | Claim Amount $(570.00) | 7100-000 | | | $0.00 |
| | | | Interest $(6.91) | 7990-000 | | | $0.00 |
| | | | **TOTALS:** | | $37,991.46 | $37,991.46 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $37,991.46 | $37,991.46 | |
| | | | Less: Payments to debtors | | $0.00 | $30,460.33 | |
| | | | **Net** | | $37,991.46 | $7,531.13 | |

| For the period of 8/13/2012 to 5/14/2019 | | For the entire history of the account between 11/30/2018 to 5/14/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $75,600.00 | Total Compensable Receipts: | $75,600.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,600.00 | Total Comp/Non Comp Receipts: | $75,600.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $45,139.67 | Total Compensable Disbursements: | $45,139.67 |
| Total Non-Compensable Disbursements: | $30,460.33 | Total Non-Compensable Disbursements: | $30,460.33 |
| Total Comp/Non Comp Disbursements: | $75,600.00 | Total Comp/Non Comp Disbursements: | $75,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3  Exhibit 9

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 12-31514-HCM | | **Trustee Name:** | Ronald E. Ingalls |
| **Case Name:** | HERRERA, JR., RAUL AND OKEEFE, LULU LOREN | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***9729 | | **Checking Acct #:** | ******1514 |
| **Co-Debtor Taxpayer ID #:** | **-***9730 | | **Account Title:** | |
| **For Period Beginning:** | 8/13/2012 | | **Blanket bond (per case limit):** | $77,534,000.00 |
| **For Period Ending:** | 5/14/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $37,991.46 | $37,991.46 | $0.00 |

**For the period of 8/13/2012 to 5/14/2019**

| | |
|---|---|
| Total Compensable Receipts: | $75,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $45,139.67 |
| Total Non-Compensable Disbursements: | $30,460.33 |
| Total Comp/Non Comp Disbursements: | $75,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/13/2012 to 5/14/2019**

| | |
|---|---|
| Total Compensable Receipts: | $75,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $45,139.67 |
| Total Non-Compensable Disbursements: | $30,460.33 |
| Total Comp/Non Comp Disbursements: | $75,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. INGALLS

RONALD E. INGALLS